PUERTO RICO DEPARTMENT OF EDUCATION (PRDE)
REQUEST FOR PROPOSALS (RFP) NO: PRDE-OSIATD-FY2018-001
MOBILE DEVICE TECHNOLOGY AND SERVICES FOR NEW GENERATION SCHOOLS

SIGN-IN SHEET
PRE-PROPOSAL VENDOR CONFERENCE
Thursday, June 28, 2018 at 10:00 a.m.

| # | PRINT NAME | COMPANY | EMAIL | TELEPHONE | SIGNATURE |
|---|---|---|---|---|---|
| 1 | Rick Morera | UDT | rmorera@udtonline.com | | |
| 2 | Joe Montesinos | UDT | JMONTESINOS@UDTONLINE.com | | |
| 3 | Jorge Díaz | CMI | jdiaz@cameramundi.com | | |
| 4 | Manuel Figueroa | VERZNET | mfiguerpa@vrznetwork.com | | |
| 5 | Nanysma Guerra | Matriss | matriss.pr@gmail.com nanysmaguerra@gmail.com | | |
| 6 | Miguel A. Ayala Ayala | Sesco Technology | mayala@sescopr.com | (787)772-6368 | |
| 7 | Cosme R. Irizarry | Scanner Overseas of P.R., INC. | cosme.irizarry@sopr.com | 787-622-7677 787-914-1480 | Cosme R. Irizarry |
| 8 | Edwardo Fuertes | CMI | efuertes@cameramundi.com | 787 743-4876 787 649-4851 | |
| 9 | Amaury Ocasio-Agosto | Excalibur Technologies Corp. | AOcasio@Excaliburpr.com 787-444-2203 | 787-444-2203 787-647-0426 | |
| 10 | Ana L Rivera Rivera | Caribbean Data System Inc | arivera@caribbeandata.com | 787-774-6969 787-600-0114 | |
| 11 | José Muctelier | Caribbean DATA System | jmustelier@caribbeandata.com | 787-774-6969 787-370-5555 | JBM |

1

**PUERTO RICO DEPARTMENT OF EDUCATION (PRDE)**
**REQUEST FOR PROPOSALS (RFP) NO: PRDE-OSIATD-FY2018-001**
**MOBILE DEVICE TECHNOLOGY AND SERVICES FOR NEW GENERATION SCHOOLS**

SIGN-IN SHEET
PRE-PROPOSAL VENDOR CONFERENCE
Thursday, June 28, 2018 at 10:00 a.m.

| | PRINT NAME | COMPANY | EMAIL | TELEPHONE | SIGNATURE |
|---|---|---|---|---|---|
| 12 | Elizabeth Figueroa | Caribbean Date System | efiguerca@caribbeandate.com | 787-774-6969 | |
| 13 | Carlos C Rivera | Island Computer | crivera@icc-pr.com | 787-961-2222 | |
| 14 | Jeniffer Solivan | Dell Technologies | jeniffer.solivan@dell.com | (757)444-4405 | |
| 15 | Prof.a. Vanessa C. Santori | GGI | podermagisterial@gmail | | |
| 16 | Jumil Cubán | Dr.Tech | Dr.tech.pr@Gmail.com | | |
| 17 | Eduardo Cruz | Dr. Tech | dr.tech.por@gmail.com | | |
| 18 | Plumot (... / U.) | W7 Computer Services | elementh13@gmail.com | 987-368-5503 | |

2

PUERTO RICO DEPARTMENT OF EDUCATION (PRDE)
REQUEST FOR PROPOSALS (RFP) NO: PRDE-OSIATD-FY2018-001
MOBILE DEVICE TECHNOLOGY AND SERVICES FOR NEW GENERATION SCHOOLS

SIGN-IN SHEET
PRE-PROPOSAL VENDOR CONFERENCE
Thursday, June 28, 2018 at 10:00 a.m.

| | PRINT NAME | COMPANY | EMAIL | TELEPHONE | SIGNATURE |
|---|---|---|---|---|---|
| 19 | RODOLFO PILIPIAK | HP | RODOLFO.PILIPIAK@HP.COM | 3057937519 | |
| 20 | SERGIO OJEDA | HP | SERGIO.OJEDA@HP.COM | 9545936578 | |
| 21 | DAVID MORALES | COMPUTERLINK | dave.MORALES@computerlink.cc | 787-599-5466 | |
| 22 | Willie MORALES | COMPUTERLINK | Willie.MORALES@computerlink.cc | 787-599-5465 | |
| 23 | Eleonora Alicea | HP | eleonora.alicea@hp.com | 787-381-0511 | E.alicea |
| 24 | NORMAN PIZARRU | HP | norman.pizarru@hp.com | 787-235-3151 | |
| 25 | JORGE HURTADO | ABT | JHURTADO@ABSOLUTE.COM | 561-843-4166 | |
| 26 | Shany Gil | ICC | shany@icc-pr.com | 939-202-5161 | |
| 27 | Jean Paul Vissago VERNET | VERNET | jpa@vissapolaw.com | (787) 633-9601 | |
| 28 | JOSE Flores | case Solutions | casesolutionspr.marketing@gmail.con | (787) 3594773 | |

3

PUERTO RICO DEPARTMENT OF EDUCATION (PRDE)
REQUEST FOR PROPOSALS (RFP) NO: PRDE-OSIATD-FY2018-001
MOBILE DEVICE TECHNOLOGY AND SERVICES FOR NEW GENERATION SCHOOLS

SIGN-IN SHEET
PRE-PROPOSAL VENDOR CONFERENCE
Thursday, June 28, 2018 at 10:00 a.m.

| | PRINT NAME | COMPANY | EMAIL | TELEPHONE | SIGNATURE |
|---|---|---|---|---|---|
| 29 | ANTONIO RONENO | LENOVO RSI | ANTONIORO@INNA | 7864732824 | |
| 30 | William Figueroa | WFComputer | Wfigueroa@wfcomputerpr.com | 787-594-1404 | |
| 31 | Elba M. Martinez | WF Computer | sales@ideascg.com | | Elba M Martinez |
| 32 | Lourdes M. Aponte | WF Computer | laponte@eccpr.com | | |
| 33 | Madelaine Vázquez | Casa Grande | made@cginteractive.com | | |
| 34 | Maritza Crespo | Forward Learning | mcrespo@forwardlearning.com | | |

4