REQUEST FOR PROPOSALS (RFP) NO: PRDE-OSIATD-FY2018-002
MOBILE DEVICES, PROFESSIONAL DEVELOPMENT AND PROJECT MANAGEMENT
PUERTO RICO DEPARTMENT OF EDUCATION - RESPONSES TO VENDOR QUESTIONS

| COMPANY | DATE | SECTION | PG | QUESTIONS (COPIED DIRECTLY FROM VENDOR EMAILS) | PRDE RESPONSE |
|---|---|---|---|---|---|
| ACER | 09/05/18 | | | Please advise on the Epeat Gold Certification requirement --- is this required or desired? | Currently listed as a minimum requirement, but proposers are not disqualified for lack of Epeat Gold Certification. However, proposers must indicate whether their proposal meets this specification in Form 10. |
| APPLE | 09/04/18 | | | 1. Section 6.1.2.1(c) requires the devices to be able to utilize a school's existing network printers. Will PRDE provide a list of printer models expected to be used by these devices? | There are a variety of printers throughout the school system. The specific models that will be used by the devices is not known at this time. |
| APPLE | 09/04/18 | | | 2. Who is buying the devices? Individual Schools or the DOE as a larger procurement? Centralized purchase or purchases by school/district? If centralized, will centralized entity purchasing devices then distribute? | The Department of Education is purchasing the devices for distribution to the schools by the proposer(s) selected to handle device deployment. |
| APPLE | 09/04/18 | | | 3. Could you provide additional details around your vision for device deployment within grade levels? | Grades K-2, 3-5, and 9-12 will receive devices for at least 25% of their enrollment. Grades 6-8 will receive devices for at least 60% of their enrollment. K-2 students will receive tablets; students in all other grades will receive laptops. Each teacher will receive a laptop, regardless of the teacher's grade level. |
| APPLE | 09/04/18 | | | 5. How does the PRDE plan to deal with enrollment changes within schools annually and across the terms of the agreement? | The estimated number of devices to be purchased and distributed during the term of the agreement is based on the Department's best estimate at this time; additional devices may be purchased during the term of the agreement if needed. The specific quantities are clarified in this spreadsheet below. |
| APPLE | 09/04/18 | | | 6. How many different SIS solutions are deployed in PRDOE Schools? What is the SIS landscape? | There is 1 Student Information System used by the Department. It is not clear what is meant by the SIS landscape. |
| APPLE | 09/04/18 | | | 7. Are there any known logistical challenges beyond typical with regard to device delivery, distribution and setup? What are geographical challenges with device delivery/deployment? Local logistics- can you move around easily, island-wide with larger delivery vehicles? What schools have docks? | There are no unique logistical challenges beyond typical for device delivery, distribution and setup. Devices need to be delivered across the island, including rural areas, but that doesn't present unusual challenges. It's very easy for large delivery vehicles to move around the island. The RFP team does not have any information about docks at schools. |
| APPLE | 09/04/18 | | | 8. Will there be a DOE Project Office team dedicated to the initiative that will engage in actual device distribution and Device Management? | See Section 6 of the RFP - CATEGORY 3: PROJECT MANAGEMENT AND ASSET INVENTORY MANAGEMENT AND TRACKING |
| APPLE | 09/04/18 | | | 9. What technologies are currently deployed throughout the district and what technology will remain during/after the deployment? | It is unclear as to what is the meaning of the question is. This question cannot be answered as drafted. |
| APPLE | 09/04/18 | | | 10. Can you describe the current wireless infrastructure in schools including hardware models, coverage and capacity models and methods of management? | The wireless infrastructure for each school at the moment varies on a school by school basis. However, there are plans to increase WiFi coverage to 100% in all schools by the end of 2019. |
| APPLE | 09/04/18 | | | 11. Will applications be purchased centrally or by individual schools throughout the life of this initiative? | Initially, devices will be purchased centrally for distribution to schools. |
| APPLE | 09/04/18 | | | 12. Is Windows 10 an absolute requirement for Teacher and Student Laptops or would other options be considered? | Vendors are encouraged to meet the minimum device requirements, including the Windows 10 requirement; however, device proposals will still be evaluated even if some minimum requirements are not met. Vendors are required to indicate whether their proposed devices meet or exceed minimum specifications on Form 11. |
| APPLE | 09/04/18 | | | 13. Would a protective sleeve for the laptop case be acceptable? | Potentially, but it depends on the exact specifications or usage of the sleeve. |

**PUERTO RICO DEPARTMENT OF EDUCATION - RESPONSES TO VENDOR QUESTIONS**

| COMPANY | DATE | SECTION | PG | QUESTIONS (COPIED DIRECTLY FROM VENDOR EMAILS) | PRDE RESPONSE |
|---|---|---|---|---|---|
| APPLE | 09/04/18 | | | 14. What MDM does the DOE have in place? Single MDM instance or multiple instances of the same MDM? (Really would need at least 7 different regional instances) Cloud based MDM or local instances? | The PRDE currently has limited MDM capabilities. Section 6.3.C of this RFP allows for proposals on an MDM system. |
| APPLE | 09/04/18 | | | 4. Can you describe the specific learning goals the PRDOE hopes to achieve as a result of this technology plan/RFP? | Increase the academic achievement of Math, Science, English, and Spanish in addition to teachers knowing how to use the devices,<br>At the end of the teacher professional development program, teachers will be able to know:<br>- How to use the devices.<br>- Access PRDE's instructional resources.<br>- Connect to the PRDE network and understand the cause of the most common types of errors.<br>- How to integrate technology into the curriculum.<br>- Understand the PRDE technical support structure (whom to refer to, depending on the type of problem).<br>- For teachers: learn the basic operation of commonly used tools such as word processors, browsers, and email clients.<br>There is an existing group of instructional learning teachers that will:<br>- Update their knowledge on Instructional Technology and learn innovative approaches to teaching and learning.<br>- Become highly proficient on how to use Sway, Teams, Forms, OneNote, Class Notebook, and/or SharePoint; as to be able to train new teachers in the future.<br>- Become familiar with STEM educational resources, as to able to assist teachers in incorporating them into the curriculum.<br>- Identify the best sources of educational technology resources on the Internet (such as the Microsoft Educators Community).<br>- Obtain an Instructional Technology industry certification.<br>For OSIATD personnel,<br>- Become proficient on the technologies being proposed, as to be able to provide field-technical support services if need be |
| APPLE | 09/04/18 | | | 15. School structure - will be there be a tech lead in every school? | There are not currently technology leads at every school. However, the Department does intend to identify and train tech leads at each school, but does not presently know when that will be accomplished. |
| APPLE | 09/04/18 | | | 16. Will the student devices be taken home? | During years 2 and 3 of the contract, students may be allowed to check out and take devices home. |
| APPLE | 09/04/18 | | | 17. What is the deployment: shared use, 1:1? | Yes. |
| APPLE | 09/04/18 | | | 18. What are the pre-deployment needs/expectations? (Preloading apps, put cases on devices, etc.?) | |
| APPLE | 09/04/18 | | | 19. Who is getting devices? Students, teachers, staff, administrators, tech staff? | Students and educators. |

**PUERTO RICO DEPARTMENT OF EDUCATION - RESPONSES TO VENDOR QUESTIONS**

| COMPANY | DATE | SECTION | PG | QUESTIONS (COPIED DIRECTLY FROM VENDOR EMAILS) | PRDE RESPONSE |
|---|---|---|---|---|---|
| CAMERA MUNDI | 09/04/18 | | | 1. What´s the correct estimate number of educators in the PRDE School System, 25,000 or 30,000? | The correct estimate of educators is 30,000 and noted on P10 of the RFP. The quantity of 25,000 noted on P1 was in error. |
| CAMERA MUNDI | 09/04/18 | | | 2. What´s the correct number of devices for educators? This is a follow up question to the first one. | The current estimate of devices for educators is 30,000. |
| CAMERA MUNDI | 09/04/18 | | | 3. Are all mobile devices expected to be stored in carts at a ratio of 30 devices per cart? Not only the devices for the School Labs. | 30 or less devices per cart, depending on specific school needs. |
| CAMERA MUNDI | 09/04/18 | | | ¨The Department intends to deploy more than a hundred thousand mobile devices, including tablets, laptops, and convertible devices during the next school year. The emphasis will be given to middle schools (6th, 7th and 8th grade). The mobile devices will be stored in carts in the targeted classrooms.¨ (Page 9) | |
| CAMERA MUNDI | 09/04/18 | | | 4. Is 856 or 871 the correct estimate amount of School Labs? 26,130 devices divided between 30 (30 devices plus 1 cart per school) is 871, not 856. | 871 |
| CAMERA MUNDI | 09/04/18 | | | P8 "Oral presentations and product demonstrations will consist of an overview of the submitted proposal…" | |
| CAMERA MUNDI | 09/04/18 | | | 5. Are these presentations expected to be conducted in English or Spanish? | English |
| CAMERA MUNDI | 09/04/18 | | | P10 - "Educators in targeted courses will be equipped with portable, digital, interactive, computing device…" | |
| CAMERA MUNDI | 09/04/18 | | | 6. Which are the targeted courses? | All teachers will have computing devices, but course integration priority should be given to Math, Science, English, and Spanish |
| CAMERA MUNDI | 09/04/18 | | | 7. Can the tablets weight be 2.6 lbs? | The tablets should weigh 2.0 lbs or less (See Section 6.1.1.2). However, proposers may propose a product that exceeds the maximum weight specified, so long as proposer notes on Form 11 that the proposed product does not meet maximum weight specification. |
| CARRIBEAN DATA | 09/04/18 | | | 1. Regarding Page 4, section 2, since the PRDE was awarded $589 million in funds, and those funds are committed for the contract, are those funds in an escrow account? | The PRDE was awarded $589 million in Restart Funds, however, not all of those funds are committed to the contract(s) to be awarded pursuant to the RFP. Funds are committed to the project, but information concerning the physical location of the funds is not available. |
| CARRIBEAN DATA | 09/04/18 | | | 2. Regarding Page 12, section 6.1 which states that: "Proposals for Category 1 Services should include all of the services specified for Category 1 Services Part A and/or B…", the question is if that means that we can present a proposal only for Part A or only for Part B within Category 1? | Yes. |
| CARRIBEAN DATA | 09/04/18 | | | 3. Regarding Page 14, section 6.1.1.2 (b) which states different kinds of processors that vary in prices, the question is, what is the scope of the Department of Education? | Processor specifications are given as potential minimum requirements when it comes to performance. Vendors may propose alternative processors that perform similar or higher benchmarking performance. |
| CARRIBEAN DATA | 09/04/18 | | | 4. In case the Mobile Devices hard disk is damaged, and we have to replace it, do we have to put the image on the new disk? | Yes. |
| CARRIBEAN DATA | 09/04/18 | | | 5. Regarding Page 19, section 6.1.3.3 (j) which states that "all devices being deployed by end of March 2019…" the question is if that refers to all 159,330 devices or only to the 43,200 corresponding to middle school? | All devices. |

**PUERTO RICO DEPARTMENT OF EDUCATION - RESPONSES TO VENDOR QUESTIONS**

| COMPANY | DATE | SECTION | PG | QUESTIONS (COPIED DIRECTLY FROM VENDOR EMAILS) | PRDE RESPONSE |
|---|---|---|---|---|---|
| CARRIBEAN DATA | 09/04/18 | | | 6. Regarding Page 19, section 6.1.3.3 (g) which states that we should "…scan and upload tag information required by the Department into the asset management tool…" this same statement appears in Page 24, section 6.3.2 (a). The question is: Do we have to consider the cost of this process in CATEGORY 1 or in CATEGORY 3? Please note that there are services that are repeated both in Category 1 and 3. | The scanning and uploading of the tag information should be done as part of Category 1. A clarification removing the requirement from Category 3 will be issued in an addendum. |
| CARRIBEAN DATA | 09/04/18 | | | 7. Regarding Page 20, section 6.1.3.4 (c) states that "…non-warranty repairs are to be billed quarterly", but in page 66 is included as part of the MANAGED SERVICES. The question is, why it is included as part of the Managed Services' fixed price when non-warranty repairs could vary from case to case? | Non-warranty service estimates should be included in Managed Services proposals based on vendor prior experience. Because non-warranty work can vary, it is to be billed separately, on a quarterly basis (subject to negotiation by the Department and selected proposer(s)). |
| CARRIBEAN DATA | 09/04/18 | | | 8. Regarding Page 30, section E. RETAINAGE, if the plan is to deploy all devices by the end of March 2019, and we only participate in Category 1, when that 10% retainage will be released? | For a selected Category 1 only proposer, the retainage would be released as soon as the devices are purchased and delivered for distribution. |
| CARRIBEAN DATA | 09/04/18 | | | 9. Regarding Page 32, section 6. PERFORMANCE BOND, since there are going to be various companies providing different goods and services, and being the equipment the biggest part, can the Manufacturer of the equipment submit a performance bond to cover their part on behalf of the primary contractor? Can we submit multiple performance bonds, one from the primary contractor and another from subcontractors? | The response to this question will be posted in an addendum, after consultation with appropriate departments. |
| CARRIBEAN DATA | 09/04/18 | | | 10. Regarding Page 66, the SAMPLE PRICE PROPOSAL FORM has a column for Qty. Those that means that we can quote a smaller amount than the total required? | No. |
| CARRIBEAN DATA | 09/04/18 | | | 11. In Page 45, section 6. INVOICING, what is the payment terms? Net 30? | Invoicing, payment and other contract terms will be negotiated by the Law Department and selected vendor(s). |
| CARRIBEAN DATA | 09/04/18 | | | 12. In Page 51, section H. ask for "references from programs of similar scope and magnitude…" but there has not been any project of this magnitude in PR. Will you consider references of similar scope but not similar magnitude to be as valid when assigning the 20% weight in the valuation criteria? | Yes, and references for work outside of PR are also allowed. |
| COMPUTERLINK | 09/04/18 | | | 1- Can you clarify if the DE will entertain the idea of receiving a Managed Device as a Service Proposal in addition to the Sale/Purchase Proposal? | Yes, but the estimate for each component must be included and clearly identified in a proposal and pricing sheet for Category 1 services. |
| COMPUTERLINK | 09/04/18 | | | 2- Could you please validate the exact number of laptops and carts for each school? There's a discrepancy on the numbers provided on page 10 and 12. | Device and cart quantities will be clarified in an addendum to the RFP. Note that grades K-2 will receive tablets, not laptops. |
| COMPUTERLINK | 09/04/18 | | | 3- Will the SLA be negotiated in good faith after the award? | Yes. |
| COMPUTERLINK | 09/04/18 | | | 4- 6.1.2.10 Software Restore: Does base state refer to the initial custom device image? | Yes. |
| COMPUTERLINK | 09/04/18 | | | 5- 6.1.3.1 Imaging: In which maimer will the PRDE request the image files? Which types of media will be acceptable? Will it require bootable image media? | The best format and related imaging details will be finalized by the Department and selected vendor(s). |
| COMPUTERLINK | 09/04/18 | | | 6- 6.3.l Distribution Logistics and Technical Support: Will the PRDE have a single point of contact for all distribution logistics? Will this person help coordinate with schools to ensure access and availability prior to all visits? | The deployment logistics have not yet been determined, but Department personnel will be assigned to assist in coordinating with proposer(s) selected to handle device distribution. Selected proposer(s) will be given access to school sites to perform services. |

**PUERTO RICO DEPARTMENT OF EDUCATION - RESPONSES TO VENDOR QUESTIONS**

| COMPANY | DATE | SECTION | PG | QUESTIONS (COPIED DIRECTLY FROM VENDOR EMAILS) | PRDE RESPONSE |
|---|---|---|---|---|---|
| COMPUTERLINK | 09/04/18 | | | 7- 6.3.2 Asset and Inventory Management: What records should the individual schools be able to modify in the asset tracking tool? Will the PRDE be handling the day to day administration of the asset tracking tool? | The schools will not be allowed directly modify records in the asset tracking tool. PRDE will not handle the day-to-day administration. It is expected the selected proposer(s) for Category 3 Part B will handle day-to-day administration. |
| DELL | 09/04/18 | General | | If awarded would the Puerto Rico Department of Education be willing to consider Dell's standard terms and conditions in order to negotiate a contract that would be beneficial for both parties? | The terms and conditions of contracts will be determined by PRDE's Law Department. |
| DELL | 09/04/18 | 4. PRDE Rights | 9 | Regarding the refusal of contract execution could you explain what is meant by "as well as to cover other damages and direct expenses of the Department"? Please define the scope of the term others. | The Department reserves the right to recoup costs incurred if a selected vendor refuses to accept an award. The scope and terms will depend on the specific circumstances. |
| DELL | 09/04/18 | 4. PRDE Rights | 9 | To what contract should we refer to in order to determine if we can comply with the clauses contained in it? Is there a contract format available? | The proposed contract(s) will be prepared by the Department. There isn't a contract template, but key contract terms and conditions are set forth in the RFP. |
| DELL | 09/04/18 | 2.RFP Objectives | 12 | Could you clarify if the expectation of performing professional development per trimester applies only to education or does it affect other offered services as well? | The per trimester timeline applies to Professional Development; timelines for other services are as specified in the RFP and as shall be negotiated by the Department with selected vendor(s) |
| DELL | 09/04/18 | 5.MOBILE DEVICES | 13 | Regarding Mobile Devices please provide how many Laptops/Notebooks and Tablets will be distributed per location (school/PRDE site). | This information is not available at this time. |
| DELL | 09/04/18 | 6.1.3 Device Services | 19 | Is the inclusion of the Security software and management agents required on the Image? And/or pre-activation of the security solution? Before receiving the devices? | That would be ideal. |
| DELL | 09/04/18 | 6.1.3.1 Imaging | 19 | | |
| DELL | 09/04/18 | 6.1.3.4 Repairs /Ticket System for Laptops/Tablets | 20 | a)    Warranty • Minimum 3-year device warranty required | |
| DELL | 09/04/18 | 6.1.3.4 Repairs /Ticket System for Laptops/Tablets | 20 | Regarding the security solution could you confirm if it is for the same period of 3 years? | Yes. |
| DELL | 09/04/18 | 6.1.2.7 Device Theft Prevention | 20 | Could an anti-theft asset tag be considered as part of this request? | Yes. |
| DELL | 09/04/18 | 6.1.2.8 Additional Functionality Requirements | 20 | a) Please explain what you mean by master synching /charging station? Please add details about the requirement of synchronization, synching with what? | This is in reference to the charging specifications regarding the carts on section 6.1.1.3. |
| DELL | 09/04/18 | 6.1.2.8 Additional Functionality Requirements | 20 | b) We assume the ability to configure to multiple aspects of the device applies to additional deployment of equipment. Is that correct? | It is specific to the deployment of devices that falls within the scope of the RFP. |
| DELL | 09/04/18 | 6.1.2.10 Software Restore | 21 | ·     Will all the software restore be realized on the Proposer repair sites? | Software restores may be provided on site and/or at the proposers repair sites, depending on proposer's assessment. |
| DELL | 09/04/18 | 6.1.2.10 Software Restore | 21 | ·     Will the Proposer's SCCM infrastructure need to be connected to any PRDE infrastructure? | This is not known at this time. |
| DELL | 09/04/18 | 6.1.2.10 Software Restore | 21 | ·     How are we going to deploy the additions through SCCM? (through Proposer's LAN, or PRDE WAN?) | PRDE's WAN in most cases. |
| DELL | 09/04/18 | 6.1.2.10 Software Restore | 21 | ·     Could PRDE consider a restore partition from factory? | Yes. |
| DELL | 09/04/18 | 6.1.3 DEVICE SERVICES | 21 | Would you please provide the logo? | Necessary assets will be provided to awarded proposer(s). |
| DELL | 09/04/18 | 6.1.3.2 Etching | 21 | | |
| DELL | 09/04/18 | 6.1.3.3 CONFIGURATION, ASSET TAGGING AND DEPLOYMENT SERVICES (j) | 21 | Could deployment deadlines be reconsidered and negotiated upon contract award and according to total quantities awarded? | Yes. |

**PUERTO RICO DEPARTMENT OF EDUCATION - RESPONSES TO VENDOR QUESTIONS**

| COMPANY | DATE | SECTION | PG | QUESTIONS (COPIED DIRECTLY FROM VENDOR EMAILS) | PRDE RESPONSE |
|---|---|---|---|---|---|
| DELL | 09/04/18 | 6.1.3.3 Configuration Asset Tagging and Deployment Services | 23 | What is the address of the PRDE's head office? | The address is posted on www. de.pr.gov. |
| DELL | 09/04/18 | 6.1.3.3 Configuration Asset Tagging and Deployment Services | 23 | · At what stage will the configuration of devices, to meet individual school requirements, occur? | Individual school requirements will be considered upon delivery of devices. |
| DELL | 09/04/18 | 6.1.3.3 Configuration Asset Tagging and Deployment Services | 23 | · What are the individual configurations? | This information is not available at this time. |
| DELL | 09/04/18 | 6.1.3.3 Configuration Asset Tagging and Deployment Services | 23 | · Who will provide the asset tags? | This information is not available at this time. |
| DELL | 09/04/18 | 6.1.3.3 Configuration Asset Tagging and Deployment Services | 23 | · If the asset tags are required from the Proposer, what are their specifications and content? | This information is not available at this time. |
| DELL | 09/04/18 | 6.1.3.3 Configuration Asset Tagging and Deployment Services | 23 | · Who provides the asset management tool for the project? | Wining proposal(s) for Category 3 Service. |
| DELL | 09/04/18 | 6.1.3.3 Configuration Asset Tagging and Deployment Services | 23 | · Can the POD be captured using online systems? | Yes, assuming it can meet requirements specified under 6.1.3.3 (h). |
| DELL | 09/04/18 | 6.1.3.3 Configuration Asset Tagging and Deployment Services | 23 | · Is the personnel required to wear identifications or have special permission to have access to the different institutions? | No. |
| DELL | 09/04/18 | 6.1.3.3 Configuration Asset Tagging and Deployment Services | 23 | · What is the expected amount of systems that will be stored each month? | Unknown at this time. |
| DELL | 09/04/18 | 6.1.3.3 Configuration Asset Tagging and Deployment Services | 23 | · Are there any requirements for the logistics (warehousing and distribution) services? (insurance, transports types, etc.) | Yes, but not within this service category. These requirements pertain to Category 3 Service Part A and B. |
| DELL | 09/04/18 | 6.1.3.3 Configuration Asset Tagging and Deployment Services | 23 | · Are there any daily schedules to deliver the systems? | Not at this time. |
| DELL | 09/04/18 | 6.1.3.3 Configuration Asset Tagging and Deployment Services | 23 | · For how long must the logistics service be considered? (3 months, the full year) | Category 3 Service Part A is only for initial deployment; Category 3 Service Part B is for the entire term of the contract. |
| DELL | 09/04/18 | 6.1.3.4 Repairs /Ticket System for Laptops and Tablets | 23 | 6.1.3.4   Are all Non-Warranty repairs to be paid by PRDE's insurance company? | No. |
| DELL | 09/04/18 | 6.2.1 Professional Development and curriculum Integration Services | 25 | Regarding point d) could you define the scope of the "district" expectations? | This information is not available at this time.  Additional information will be posted when received. |
| DELL | 09/04/18 | 6.2.1 Professional Development and curriculum Integration Services | 25 | Could you clarify how many participants, approximately, will be taking the training? | All 30,000 educators will participate in professional development activities. |
| DELL | 09/04/18 | Project Plan & Schedule | 25 | Will the participants be distributed equitatively or will the number vary? Will the training be done by school? | Training should be distributed equitatively. The size of the classroom may vary, but it shall never exceed 30 participants.  Training activities will be held in every PRDE school, unless the school is having a problem that impedes training. Proposals for training should include options for on site training. |
| DELL | 09/04/18 | Project Plan & Schedule | 25 | Will the training be delivered during regular school season, or during summer vacations? | Regular school season. Professional development activities will start as soon as the equipment is distributed to the schools. The selected vendors will work under the guidance of the PRDE's Professional Development Institute. All logistics and calendaring activities will be worked under the supervision of the Unit. |
| DELL | 09/04/18 | Project Plan & Schedule | 25 | Will the training be delivered in business hours (08:00 - 17:00)? | Mostly on business hours, although some trainings might be executed after hours, or in the weekends.. We will provide more information about how to quote this component at a later date. |

**PUERTO RICO DEPARTMENT OF EDUCATION - RESPONSES TO VENDOR QUESTIONS**

| COMPANY | DATE | SECTION | PG | QUESTIONS (COPIED DIRECTLY FROM VENDOR EMAILS) | PRDE RESPONSE |
|---|---|---|---|---|---|
| DELL | 09/04/18 | Project Plan & Schedule | 25 | What are the minimum or maximum hours of training per group? | Ideally, we expect each teacher to receive around 3-8 days of six-hour training activities. In the case of OSIATD personnel, we expect as many training hours necessary to prepare them for a certification exam. In the case of Technology Specialists, we expect them to receive no less than 3-8 days of six-hour trainings. |
| DELL | 09/04/18 | Project Plan & Schedule | 25 | Is there a timeframe in which we need to train all educators? If "yes" what is that timeframe? | The training program shall not exceed 13 weeks, but the start date has not yet been determined. |
| DELL | 09/04/18 | 6.2.1 Professional Development and curriculum Integration Services | 25 | Is it possible to offer all training on-site? | Yes. |
| DELL | 09/04/18 | Delivery Methodology | 25 | The on-site trainings are required in the State capital or are there any other areas where it will need to be delivered? If yes, is it possible to have the complete list of cities? | All Department public schools throughout the island of Puerto Rico. |
| DELL | 09/04/18 | 6.2.1 Professional Development and curriculum Integration Services | 25 | Will all educators be taking all the trainings? | All educators are to be trained, but not every educator will attend every training. There is a different educational path depending on whether they are regular teachers, instructional technology teachers, or OSIATD specialists. |
| DELL | 09/04/18 | j) Educator Training | 25 | What is the scope of basic device training for educators? Ex. knowing how to turn on/turn off the device. Navigate through different applications? | The basic training will consider, but will not be limited to:<br><br>How to handle the PC (items such as "always use the case to transport the device", "don't eat nearby the computer").<br>Difference between sleep/restart/shut down<br>File management, search tool.<br>Types of files (office docs, images, videos)How to use the help guide.)<br>How to navigate the internet.<br>Locate the most basic DE tools (Student Information System, Digital Library and others)<br>Basic Troubleshooting<br>Whom to call to get assistance |
| DELL | 09/04/18 | j) Educator Training | 25 | Will educators need troubleshooting knowledge? | Yes, vendors should review the most frequent types or problems and how to fix them. They should also provide data sheets that the educators can use later as a reference. The help desk as part of Service Category 3 Part B will be expected to assist with triaging troubleshooting needs. |
| DELL | 09/04/18 | j) Educator Training | 25 | Regarding the training required in applications such as Windows, OneNote & Office 365, what is the depth level in which these applications should be seen? For Office 365, should we give a training for each application? Are there any other applications we need to consider? Please list the specific names. | The depth level will be determined by the assessment the vendor will execute before the training sessions begin. The duration for each application will be determined by the nature of the product, as there are tools that are more easy to use than others. |
| DELL | 09/04/18 | j) Educator Training | 25 | With regards to training on classroom management applications (LanSchool, other) What is meant by "others"? What is the scope for these applications? | Others can be free applications with functions that are not included as part of the Office 365 suite (for example, Socrative Teacher). The selected application(s) should be simple, and straight forward. The Department doesn't expect teachers to learn classroom management tools that the Department does not currently own or plan to purchase. At the moment, PRDE owns Office 365 and does not plan to purchase licenses for a new class management tool. |

**PUERTO RICO DEPARTMENT OF EDUCATION - RESPONSES TO VENDOR QUESTIONS**

| COMPANY | DATE | SECTION | PG | QUESTIONS (COPIED DIRECTLY FROM VENDOR EMAILS) | PRDE RESPONSE |
|---|---|---|---|---|---|
| DELL | 09/04/18 | j) Educator Training | 25 | By "web-based" do you mean self-study trainings, or remotely (online live) trainings with an instructor? | Both are valid. For example, recorded sessions where participants can do self-training. |
| DELL | 09/04/18 | j) Educator Training | 25 | Do "in person" and "web" trainings have the same content? | Yes, or as close to the same as possible. |
| DELL | 09/04/18 | j) Educator Training | 25 | For in person training, will the customer provide the classrooms to deliver the course? | Yes. Logistics will be coordinated with the Professional Development Institute at the PRDE. |
| DELL | 09/04/18 | j) Educator Training | 25 | Can we have hybrid classes, some students on-site and others connected remotely? | Not currently contemplated. |
| DELL | 09/04/18 | 6.3.2 Asset & Inventory Management and Tracking | 25 | The proposal should also include an option to install the solution on previously purchased mobile devices. | |
| DELL | 09/04/18 | 2. Mobile Device Location and Utilization Tracking | 25 | Mobile devices refer to smartphones and tables? Or it includes laptops? | Mobile Devices as used in the RFP refers to Laptops and Tablets. |
| DELL | 09/04/18 | 2. Mobile Device Location & Utilization Tracking | 25 | How many devices (units?) make the current install based? | Device location and utilization tracking is specific for the devices deployed within the context of this RFP. |
| DELL | 09/04/18 | 2. Mobile Device Location & Utilization Tracking | 25 | It's part of the same budget proposal or is a speared budget? | Yes, included within this RFP |
| DELL | 09/04/18 | 2. Mobile Device Location & Utilization Tracking | 25 | Is one-time or on going? | For the duration of the contract |
| DELL | 09/04/18 | B. Category 3 Services – Part B: | 26 | Is the required personnel only responsible for the Proposer's systems being sold? | Question unclear. Please clarify. |
| DELL | 09/04/18 | 6.3.3 Call Center/Help Desk | 28 | Does PRDE have a ticket system? (ServiceNow, Siebel, Remedy) | Yes, but proposers may provide their own. Specific details on current system may be provided upon request. |
| DELL | 09/04/18 | 6.3.3 Call Center/Help Desk | 28 | Does PRDE have actual samples of the required reports? If yes, please provide. | No. |
| DELL | 09/04/18 | 6.3.3 Call Center/Help Desk | 28 | How does PRDE expect the final user to raise a ticket? (phone call, online system) | Phone call ideally with optional online system. |
| DELL | 09/04/18 | IV. Service Level Agreement | 29 | Will the Department of Education be willing to reconsider the amount of $250.00 per day established in the RFP? Instead, will it be possible to limit that amount of liquidated damages to a total of the 10% of the contract value? | Specific contract terms will be negotiated by the Department and selected proposer(s). |
| DELL | 09/04/18 | D. Liquidated Damages | | | |
| DELL | 09/04/18 | IV. Service Level Agreement | 29 | Could you define the term "consistently fails" to meet the service level requirements? How many failures will be considered a consistent failure? | The specific terms of SLAs will be negotiated by the Department and selected proposer(s). |
| DELL | 09/04/18 | D. Liquidated Damages | | | |
| DELL | 09/04/18 | IV. Service Level Agreement - Retainage | 33 | Is it possible to renegotiate this clause upon award? | Contract terms will be negotiated by the Department and selected proposer(s). |
| DELL | 09/04/18 | V. GENERAL TERMS AND CONDITIONS | 44 | Could the proposer's responsibility be limited to direct damages? Could a cap that will not exceed the total contract value be negotiated in order to determine the maximum amount of direct damages for which the proposer would be liable? | Contract terms will be negotiated by the Department and selected proposer(s). |
| DELL | 09/04/18 | 22. INDEMNIFICATION | | | |
| DELL | 09/04/18 | TAB 14: Bidders Registry – Eligibility Certificate (Mandatory) | 58 | Can a proposer participate if they are in process of renewing the eligibility certificate? | The inclusion of an Eligibility Certificate with proposers is a mandatory requirement; the failure to include is an automatic disqualification. |
| DELL | 09/04/18 | APPENDIX II: Equipment and Service Requirements | | Describe the available electronic formats (Web download, CD, etc.) for providing usage information to the Department for the proposed services. | Contract terms will be negotiated by the Department and selected vendors. |
| DELL | 09/04/18 | 3. Usage Measurement and Reporting | 62 | It's about device usage? Minutes of utilization per device? | Contract terms will be negotiated by the Department and selected vendors. |
| DELL | 09/04/18 | 3. Usage Measurement and Reporting | 62 | Please may you clarify more in detail about the usage metrics and reports you would like to receive. | Contract terms will be negotiated by the Department and selected vendors. |
| DELL | 09/04/18 | APPENDIX II: Equipment and Service Requirements - 2. Contract Terms | 63 | Regarding the contract terms do you require the proponent to send their standard terms and conditions for evaluation and possible negotiation of a contract? | No. |

**PUERTO RICO DEPARTMENT OF EDUCATION - RESPONSES TO VENDOR QUESTIONS**

| COMPANY | DATE | SECTION | PG | QUESTIONS (COPIED DIRECTLY FROM VENDOR EMAILS) | PRDE RESPONSE |
|---|---|---|---|---|---|
| EVERTEC | 09/04/18 | | | 1. Regarding RFP section 6.1.3.3 (a), how will warehousing/storage of devices and accessories be managed for locations farther than 35 miles from the PRDE main office? | The inclusion of warehousing and storage in section 6.1.3.3 is an error. Instead this requirement is related to Service Category 3 Part A. |
| EVERTEC | 09/04/18 | | | 2. Will stolen laptops be replaced? Who will determine the decision? Would there be a decision maker per region? Main Office? | Laptop replacement procedures will be determined by the Department prior to the deployment of devices. |
| EVERTEC | 09/04/18 | | | 3. Would a Desktop as a Service model be an option for schools? (ex. Thin Clients communicated with a central virtual farm with centralized images). | No. |
| EVERTEC | 09/04/18 | | | 4. The applications to be accessed, will applications only be accessed through the distributed laptops, or would BYOD be an option to access the software through a virtual desktop? | Not currently contemplated. |
| EVERTEC | 09/04/18 | | | 5. Is the application that will be installed client-server? Does the application communicate with a central server? Where is it located? | Not at the moment. |
| EVERTEC | 09/04/18 | | | 6. Will teachers and students have access to save files locally on their laptops? | Yes. |
| EVERTEC | 09/04/18 | | | 7. Will a school contact be responsible for reporting cases where a student's equipment needs repair? | Yes. The specifics on this help desk are part of Service Category 3 Part 2. |
| EVERTEC | 09/04/18 | | | 8. Will pre-approval for hardware replacement be required in cases where equipment is not under warranty? | Pre-approval will be required for non-standard hardware repairs/replacements. |
| EVERTEC | 09/04/18 | | | 9. Will the PRDE consider extending the proposal submission deadline of September 28? | The Department does not intend to extend the proposal deadline. |
| J. SAAD NAZER | 08/23/18 | | | We write to you with the interest of requesting a detailed graphic illustration for the reference auction, given the importance and technical complexity of the article "CARTS" in the first category "Mobile Devices and Carts". This will allow us to be able to make a truly competitive offer and be able to complement sheet # 84 called CARTS mínimum functionality specification. | This is not available. |
| RUBALI | 08/22/18 | | | For the auction PRDE-OSIATD-2018-002-MOBILE DEVICES, PROFESSIONAL DEVELOPMENT AND PROJECT MANAGEMENT, can you participate for article 6.1.1.3 CARTS only? | Yes. |
| SANTILLANA | 09/04/18 | | | 1. Is it possible to make collaborative alliances with other institutions for category 2? | Yes. |
| SANTILLANA | 09/04/18 | | | 2. Is there an established budget model? | No. |
| SANTILLANA | 09/04/18 | | | 3. Is there an establish budget for professional development of each educator? | No. |
| SANTILLANA | 09/04/18 | | | 4. How do you manage the 15 additional points for participating in the three categories? | 2.5 points will be awarded for every Category Part included in a proposal above the first Part identified. For example, a proposal with 2 service Parts will receive total of 2.5 points A proposal with 6 Category Parts would receive 10 points. |
| SANTILLANA | 09/04/18 | | | 5. The selected provider will have access to the manuals of the equipment acquired under category 1? | Regarding which specific service? Please clarify. |
| SANTILLANA | 09/04/18 | | | 6. Is it expected to perform an initial assessment of technological infrastructure under category 2? | Not expected, but could be considered as part of a proposers proposal. |
| SANTILLANA | 09/04/18 | | | 7. Will the DEPR be providing information about platforms acquired on each school? | If requested and/or necessary to execute on the award, yes. |
| SPECTRUM INDUS. | 09/04/18 | | | 1. Please confirm that the cart is required to have a 30 " x 30" footprint? | The requirement is for it to be less than 28". |

**PUERTO RICO DEPARTMENT OF EDUCATION - RESPONSES TO VENDOR QUESTIONS**

| COMPANY | DATE | SECTION | PG | QUESTIONS (COPIED DIRECTLY FROM VENDOR EMAILS) | PRDE RESPONSE |
|---|---|---|---|---|---|
| SPECTRUM INDUS. | 09/04/18 | | | 2. Can you confirm that the cart's smart timer must have a load sensing system to charge the devices the quickest way possible? | It would be evaluated but is not currently a minimum requirement. |
| SPECTRUM INDUS. | 09/04/18 | | | 3. Can you confirm that the cart will hold 30 devices? | Yes. The cart should hold 30 devices. |
| SPECTRUM INDUS. | 09/04/18 | | | 4. Can you confirm that there is consideration for the United States as the origin of Manufacture? | Question unclear. |
| SPECTRUM INDUS. | 09/04/18 | | | 5. Can you confirm that there will be consideration for the cart to be ETL recognized as well as meet applicable ANSI-BIFMA test standards? | It would be evaluated but is not currently a minimum requirement. |
| SPECTRUM INDUS. | 09/04/18 | | | 6. Can you confirm that the External Construction must be a welded solid steel frame of 12-18 gauge steel ? | Yes, or equivalent that proposer should specify in Proposal Submittal Form 10. |
| SPECTRUM INDUS. | 09/04/18 | | | 7. Can you confirm that the cart must have a 5" minimum height from the floor, utilizing an industrial grade balloon wheel capable of supporting 250lb each with 4 non marring, fully lockable wheels? | Minimum height from floor will be evaluated but is not currently a minimum requirement. Wheels are a minimum requirements. |
| SPECTRUM INDUS. | 09/04/18 | | | 8. Can you confirm that he cart must adhere to the UL-10 10  Degree tip threshold? | Yes, or equivalent that proposer should specify in Proposal Submittal Form 10. |
| UNITED DATA TECHNOLOGIES | 09/04/18 | | | 1. What quantities are expected in PROPOSAL SUBMITTAL FORM 2 – SAMPLE PRICE PROPOSAL FORM? | The quantities specified (if any) within the RFP for that specific service category, except please note that the total quantity of educator laptops is 30,000 (not 25,000). |
| UNITED DATA TECHNOLOGIES | 09/04/18 | | | 2. Cart Quantity is not spelled out in the RFP except for "1 cart per school".   Please spell out # of Carts for Laptop and Carts for Tablets. | Carts quantities will be clarified via an addendum to the RFP. |
| WF COMPUTERS | 09/04/18 | | | 1.  Will the PRDE select multiple suppliers ? | Proposals submitted for each sub Part will be evaluated together.  PRDE may select multiple proposers to perform Category and/or sub Part services, or PRDE may select 1 vendor to perform all services.  The decision will be made based on the proposals submitted and the recommendation of the Evaluation Committee. |
| WF COMPUTERS | 09/04/18 | | | a. If yes, Describe the criteria for the selection and how many will be selected? | The Evaluation Criteria is set forth in Section VIII of the RFP (P57).  There is no preset number of contracts to be awarded. |
| WF COMPUTERS | 09/04/18 | | | 2.  Who will be placing the orders MOE or Schools? | Initially, PRDE will order the devices for the schools. |
| WF COMPUTERS | 09/04/18 | | | a. Describe the process for orders ? including payment and expected terms of delivery | Tis will be negotiated by Department and selected proposer(s). |
| WF COMPUTERS | 09/04/18 | | | b. Provide the estimated roll out?  Describe the quantity of orders and machines? | Quantities and expected roll out dates are specified within RFP. Quantities on page 10 and roll out page 19. Proposers are expected to provide their own project plan and deployment dates. |
| WF COMPUTERS | 09/04/18 | | | 3.  Can a supplier one bid on part of the RFQ? | Proposers may submit proposals for 1, 2 or all 3 categories of services. Proposers may also bid on one (1) or all Parts of a category of services |
| WF COMPUTERS | 09/04/18 | | | 4.  Describe the operating system for Tablet and version required? Android or Windows? Describe procedures as to updates. | Will be updated via an addendum but requirements for Tablets are either Windows or iOS. |
| WF COMPUTERS | 09/04/18 | | | 5. Can PRDE provide a copy of the Image for both Tablets and Notebooks before Bid due date for testing? How can it be sent prior to the letter of intent deadline. | Until the specific devices are selected by the Department based on proposals, the specific images cannot be established. |
| WF COMPUTERS | 09/04/18 | | | 6. Do you require Etching on Tablet?  Can you provide a sample of logo? | Etching or equivalent as described on 6.1.3.2. Logo sample will be provided upon contract award. It will be single tone or monochromatic. |
| WF COMPUTERS | 09/04/18 | | | a. Would an asset tag be acceptable? Sticker | Yes. |

**PUERTO RICO DEPARTMENT OF EDUCATION - RESPONSES TO VENDOR QUESTIONS**

| COMPANY | DATE | SECTION | PG | QUESTIONS (COPIED DIRECTLY FROM VENDOR EMAILS) | PRDE RESPONSE |
|---|---|---|---|---|---|
| WF COMPUTERS | 09/04/18 | | | b. Provide regulations as to manner of labeling each property item. That includes places and dates of delivery, person to be delivered to and installation. What are the procedures in place for the acceptance of the items? | This information is not available at this time. |
| WF COMPUTERS | 09/04/18 | | | 7. Can you confirm screen size maximum? Can a vendor offer both 8" and 10"? | No maximum, but vendors may provide multiple options for evaluation. |
| WF COMPUTERS | 09/04/18 | | | 8. Can a vendor offer 2 options for Tablets and Notebooks? | Yes, but they should be priced separately, |
| WF COMPUTERS | 09/04/18 | | | 9. Describe security for classrooms where items will be kept. Describe procedures in place for PRDE for storage, and security of the items under RFP. Describe the facilities of where the items would be used and kept. Provide plans for that area, including ventilation, electricity, size, etc. | Additional information needed for negotiation of SLAs will be developed and provided to selected proposer(s). |
| WF COMPUTERS | 09/04/18 | | | 10. Provide measures that guarantee that a vendor that shows up for maintenance or required service has access to computers or items for service. Describe procedures if person who has key for opening areas of storage is not available for vendor. | Additional information needed for negotiation of SLAs will be developed and provided to selected proposer(s). |
| WF COMPUTERS | 09/04/18 | | | 11. 7. Aretheacquisitionscontemplatedinthis Bidcoverthesameproductsasin Bid 2017- 009 and former 2018-001 | RFP 2018-002 is a separate and independent solicitation; Proposers should not refer to any other RFPs in preparing responses. |
| WF COMPUTERS | 09/04/18 | | | 12. Describe the PRDE's Request for Information or Requests for Questions prior to publishing the PRDE-OSIATD-2018-001 and PRDE-OSIATD-2018-002. Provide copy of those. | No RFIs or RFQs were issued for the products and services set forth in RFP 2018-002. |
| WF COMPUTERS | 09/04/18 | | | 13. Describe how are carts secured. Describe procedures for securing those items and the protection of those items, during classrooms hours, after hours? | Additional information needed for negotiation of SLAs will be developed and provided to selected proposer(s). |
| WF COMPUTERS | 09/04/18 | | | 14. Describe procedures for taking products home. Procedures to report irregularities for f=damage, theft, any lost items by the PRDE | Students may be allowed to check out and take devices home during years 2 and 3 of the contract. The procedures for home use have not yet been developed. |
| WF COMPUTERS | 09/04/18 | | | Describe procedures to avoid usage of inappropriate sites by minors. Describe what is considered an inappropriate site, or download, persons responsible for determining those sites, procedures to report inappropriate use by minors or guardian. | The PRDE currently has an active filtering system for all internet traffic originating in schools. This system is currently being evaluated for possible upgrade and will be actively monitored. Proposers will not be responsible for inappropriate device usage. |
| WF COMPUTERS | 09/04/18 | | | 15. With regards to identifying a minimum of three (3) references from programs of similar scope and magnitude for which the Proposer is currently providing services similar to the services required herein or has provided such services within the last 3 years.— | |
| WF COMPUTERS | 09/04/18 | | | Describe what it means by services similar. Describe if it means a program of this magnitude, or individual items on the RFP. Describe and explain if it means that it should be the provider or a person in joint venture with provider that has to submit that reference. | Both, a program or service of similar scope (requirements) and/or a program or service of similar scale (quantity and/or complexity). References should be provided for the party that actually performed the services. |
| WF COMPUTERS | 09/04/18 | | | 16. Describe process as to issues of calling for service for devices and items that are due to improper maintenance or not following instructions set by manufacturer or vendor. | The terms of the SLAs will be negotiated by the Department and selected proposer(s). |
| WF COMPUTERS | 09/04/18 | | | 17. Describe if the answers provided by the PRDE in the PRDE-OSIATD-2018-001 are any different in the PRDE on this RFP. Clarify and provide individualized answers for those questions. | RFP 2018-002 is a separate and independent solicitation; Proposers should read the RFP carefully and prepare proposals based solely on information set forth in, and published in connection with, RFP 2018-002. |

**PUERTO RICO DEPARTMENT OF EDUCATION - RESPONSES TO VENDOR QUESTIONS**

| COMPANY | DATE | SECTION | PG | QUESTIONS (COPIED DIRECTLY FROM VENDOR EMAILS) | PRDE RESPONSE |
|---|---|---|---|---|---|
| WF COMPUTERS | 09/04/18 | | | 18. Is the PRDE aware that in order to guarantee security for users, that the carts have to be 100% UL certificated, not only the components of the carts. Provide study and reasoning to change or deviate from this industry based norm. | Carts minimum requirements include various UL certificates. Could you please specify the specific UL certificate being referenced? |
| WF COMPUTERS | 09/04/18 | | | 19. Is the PRDE making sure that the carts have to charge the items in the least charging time possible | Yes, as part of the minimum requirements. |
| WF COMPUTERS | 09/04/18 | | | 20. Is the PRDE requesting an intelligent charging station. Describe and explain reasons as to the PRDE decision. Is the PRDE aware that it is recommended that it should be an intelligent power charging systems, and that it would adjust without human intervention in order to provide the minimum energy requirements, without exceeding amperage per electric circuit | Cart proposals may provide equivalent solution that guarantees the longevity of the devices and reduces the risk of exceeding amperage or putting the device at risk of electrical failure. |
| WF COMPUTERS | 09/04/18 | | | 21. Is the PRDE considering that a temporizer or timer does not constitute an intelligent charging system? Describe options by the PRDE | Proposer may provide alternatives or equivalents. |
| WF COMPUTERS | 09/04/18 | | | 22. Describe procedures as to improper use of charging stations with items that are not the one provided under this RFP | The terms of the SLAs will be negotiated by the Department and selected proposer(s). |
| WF COMPUTERS | 09/04/18 | | | 23. Will the PRDE remove the requirement of external LED charge, since its not necessary for the devices being charge by the station. Describe reason as to include the requirements | Proposers may propose options without this requirement. |
| WF COMPUTERS | 09/04/18 | | | 24. Describe if the PRDE will require an additional lock for charging carts, besides the one already in it | No. |
| WF COMPUTERS | 09/04/18 | | | 25. Describe manners in which carts will be secured unto the floor in order to avoid moving it from designated place | The terms of the SLAs will be negotiated by the Department and selected proposer(s). |
| WF COMPUTERS | 09/04/18 | | | 26. Describe or clarify if the doors giving access to the item in the carts, would only be to the front of the cart, and another one for the it team, or if one door with a security systems with three access points is sufficient | That would be sufficient. |
| WF COMPUTERS | 09/04/18 | | | 27. Describe the requirements for ventilation integrated unto the cart in order to avoid overheating of the items being charged. | Active ventilation is not currently a requirement but will be evaluated as part of a proposal that includes carts. |
| WF COMPUTERS | 09/04/18 | | | 28. With regards to the training required under the RFP, what is the expected hours and days where it would be provided, including the amount of people in each session. Describe training requirements as to usage of using the equipment, or if the training will include basic skills using any specific programs, such as Office, windows, or any other programs requested by the PRDE. Describe expectations as to evaluating the before and after knowledge of the personnel that is trained. | The goal is for teachers to know how to use the basic functionality of the device, how to access PRDE's instructional resources, connect to the PRDE network, how to integrate technology into the curriculum, and understand the cause of the most common types of errors, understand the PRDE technical support structure (whom to refer to, depending on the type of problem), and learn basic operations of relevant tools like browsers and email systems. More specific goals and the depth level of courses will be defined after the execution of the assessment described in Section 6.2.1. Note: PRDE will provide supporting materials for those items that require it. |
| WF COMPUTERS | 09/04/18 | | | 29. Describe the PRDE time frame and need for computers and items for the subcategories under K-2 and 3-12 grade. Provide expected amount of delivery for each category. | The expected time frame as described on page 19 is a commencement of deployment by January 2019 with an end date by March, 2019. The exact specifics on the deployment, project plan, and schedule are to be proposed by the proposer. The delivery quantities would be those specified within page 10. |

**PUERTO RICO DEPARTMENT OF EDUCATION - RESPONSES TO VENDOR QUESTIONS**

| COMPANY | DATE | SECTION | PG | QUESTIONS (COPIED DIRECTLY FROM VENDOR EMAILS) | PRDE RESPONSE |
|---|---|---|---|---|---|
| WF COMPUTERS | 09/04/18 | | | 30. Describe and provide legal frame work for having the PRDE using the RFP method instead of the Formal Bidding process that is allowable under the rules and regulations for the PRDE | RFPs have been recognized by the Puerto Rico courts as a legitimate mechanism for the acquisition of goods and services by the Government of Puerto Rico. |
| WF COMPUTERS | 09/04/18 | | | 31. Describe and provide manner as to publishing other vendor's letters of intent, and proposals submitted under this RFP and any other RFP before and similar to this one | At this time the PRDE has no intention of publishing vendors ´proposals. |
| WF COMPUTERS | 09/04/18 | | | 32. Describe and provide manners as to which a vendor can object or imprve a proposal after examining other vendors proposals. | The mechanisms under which the PRDE can request a better offer from a proposer are specified in the RFP. |
| WF COMPUTERS | 09/04/18 | | | 33. Describe and provide rules and regulations that govern, examination, adjudication, protests under this RFP. | The RFP, Law 38 of 2017 and case law. |
| WF COMPUTERS | 09/04/18 | | | 34. Is the PRDE aware that the following RFO is governed by federal regulations since this is a federally funded program? Describe those regulations. | This process is not an RFO. It is an RFP. Re-Start Program rules apply to this RFP. Those rules and regulations are available to all proposers in the United States Department of Education´s web page. |
| WF COMPUTERS | 09/04/18 | | | 35. Is the PRDE considering any extension of timelines, or modifying them in order to provide vendors an opportunity to examine other vendor's offers, and improve their own offer? | No. |